```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 21042
   BOBBIE JEAN WASH
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-5352


-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 06/01/2004 and was confirmed 07/29/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 06/19/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                             PAID         PAID
-------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED           16841.03      3493.52      16841.03
AMERICREDIT FINANCIAL SV  UNSECURED         NOT FILED         .00           .00
CAPITAL ONE BANK          UNSECURED          1717.14          .00       1717.14
CAPITAL ONE BANK          UNSECURED          1221.05          .00       1221.05
ROUNDUP FUNDING LLC       UNSECURED          2588.30          .00       2588.30
EVERGREEN MEDICAL SPECIA  UNSECURED         NOT FILED         .00           .00
PREMIER BANCARD CHARTER   UNSECURED           120.52          .00        120.52
ECAST SETTLEMENT CORP     UNSECURED          1624.98          .00       1624.98
INGALLS MEMORIAL HOSPITA  UNSECURED           887.39          .00        887.39
MERRICK BANK              UNSECURED          1108.26          .00       1108.26
RESURGENT ACQUISITION LL  UNSECURED          5496.35          .00       5496.35
RESURGENT ACQUISITION LL  UNSECURED          2264.36          .00       2264.36
SOUTHWEST LAB PHYSICIAN   UNSECURED         NOT FILED         .00           .00
EHS TRINITY HOSPITAL      UNSECURED         NOT FILED         .00           .00
US DEPT OF EDUCATION      UNSEC W/INTER     NOT FILED         .00           .00
KAY JEWELERS              SECURED NOT I       325.45          .00           .00
KAY JEWELERS              UNSECURED             .00           .00           .00
INGALLS MEMORIAL HOSPITA  UNSECURED             .00           .00           .00
PETER FRANCIS GERACI      DEBTOR ATTY      2,600.00                    2,600.00
TOM VAUGHN                TRUSTEE                                      2,329.95
DEBTOR REFUND             REFUND                                         549.75

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE              42,842.60

PRIORITY                                          .00
SECURED                                      16,841.03
   INTEREST                                   3,493.52
UNSECURED                                    17,028.35

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 21042 BOBBIE JEAN WASH
```

```
ADMINISTRATIVE                                              2,600.00
TRUSTEE COMPENSATION                                        2,329.95
DEBTOR REFUND                                                 549.75
                                   ---------------    ---------------
TOTALS                                   42,842.60          42,842.60
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 09/25/08          _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE